```
                                                    USDC SDNY
                                                    DOCUMENT
              LAW OFFICES OF                        ELECTRONICALLY FILED
           STEPHEN TURANO                           DOC #:_____
                                                    DATE FILED: 3/12/2021
```

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE | 60 PARK PLACE |
| 35TH FLOOR | SUITE 703 |
| NEW YORK, NY 10016 | NEWARK, NJ 07102 |
| | |
| TEL (917) 974-1781 | TEL (973) 648-6777 |
| FAX (212) 208-2981 | FAX (212) 208-2981 |

March 10, 2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Aleksei Kmit
      Case No. 21 Cr. 92 (AJN)

Dear Judge Nathan:

On March 5, 2021, Magistrate Judge Robert W. Lehrburger set conditions of Aleksei Kmit's pretrial release, including a $100,000.00 unsecured bond co-signed by *two* financially responsible persons, home detention, surrender of all travel documents, and travel restrictions.

Mr. Kmit requests that the Court modify the conditions of his pretrial release to require only *one* financial responsible person and a second co-signer, Mr. Kmit's mother, for moral suasion only. All other conditions are to remain in effect. The Government, by Jonathan Rebold, AUSA, consents to this request.

SO ORDERED.

Thank you for the Court's consideration.

*[Signature]*

SO ORDERED.   3/12/2021
ALISON J. NATHAN, U.S.D.J.

cc: All Counsel of Record (via ECF)