USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2021

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (212) 208-2981

May 12, 2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Aleksei Kmit
                 Case No. 21 Cr. 92 (AJN)

Dear Judge Nathan:

      Aleksei Kmit is on pretrial release under conditions, including a $100,000.00 unsecured bond co-signed by two financially responsible persons of moral suasion, and home detention enforced by electronic monitoring. Mr. Kmit has been compliant with his pretrial release.

      Mr. Kmit moves for a modification of his pretrial release, replacing home detention with a curfew approved by Pretrial Services. He makes this application so that he can seek employment. All other conditions are to remain in effect, including electronic monitoring. The Government and Mr. Kmit's Pretrial Officer, Joel Osbourne (District of Idaho), consent to this request.

Thank you for the Court's

SO ORDERED.

SO ORDERED. 5/12/2021
ALISON J. NATHAN, U.S.D.J.

cc: All Counsel of Record (via ECF)