USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| –v– | 21-cr-92 (AJN) |
| Aleksei Kmit, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

The Court received a letter on behalf of Aleksei Kmit (Dkt. No. 66) requesting modification of his release conditions to allow him to change his residence. Defense counsel should confer with the Government and submit the request again with the position of the Government and Pretrial Services included in his request.

The letter also indicated that Mr. Kmit's May 12, 2021 request to modify his release conditions to replace home detention with a curfew (Dkt. No. 64) remained pending with the Court. The Court granted that request in a memo endorsement dated May 12, 2021 (Dkt. No. 65).

SO ORDERED.

Dated: May 20, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge