USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Aleksei Kmit,

        Defendant.

21-cr-92 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Kmit's application to modify his release conditions to allow him to reside in New York and work in New Jersey (Dkt. No. 68) is GRANTED.

    This resolves docket numbers 66, 68, and 69.

    SO ORDERED.

Dated: June 2, 2021
       New York, New York

                                ALISON J. NATHAN
                             United States District Judge