LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

August 12, 2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Aleksei Kmit</u>
              Case No. 21 Cr. 92 (AJN)

Dear Judge Nathan:

    Aleksei Kmit is currently on pretrial release under conditions, including a $100,000.00 unsecured bond, co-signed by two financially responsible persons of moral suasion, and a curfew enforced by electronic monitoring. Mr. Kmit has been compliant with his pretrial release.

    Mr. Kmit now moves the Court to modify his conditions of pretrial release to remove the condition of electronic monitoring, with all other conditions are to remain in effect.

    Pretrial Services, by Courtney M. DeFeo, and the Government, by AUSA Jonathan Rebold, do not object to the motion.

                                                          Respectfully submitted,

                                                           /s/ Stephen Turano

                                                           STEPHEN TURANO

cc:  David Felton, AUSA (by ECF)
      Jonathan Rebold, AUSA (by ECF)