LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/21

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (212) 208-2981

August 26, 2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Aleksei Kmit</u>, Case No. 21 Cr. 92 (AJN)

Dear Judge Nathan:

      The Court recently granted Aleksei Kmit's motion to modify his pretrial release to permit him to relocate to New York so that he can work for his stepfather, who owns a small transportation business in the area. Unfortunately, Mr. Kmit's employment authorization expired and, because of pandemic-related delays, it can take six months to renew. Mr. Kmit informs me that without a stream of income it will be difficult for him to remain in New York.

      Accordingly, he requests permission to return to Idaho for pretrial supervision, where he would reside with his mother and sister. The Government, by AUSAs Jonathan Rebold and David Felton, consents. All other conditions are to remain in effect.

SO ORDERED.

I apologize for any inconvenience.

Respectfully submitted,

Stephen Turano
STEPHEN TURANO

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/27/21

cc: David Felton, AUSA (by ECF)
    Jonathan Rebold, AUSA (by ECF)