5AW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 594-5666<br>FAX (917) 594-5667 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (917) 594-5667 |

July 25, 2022

Hon. J Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

   Re: <u>United States v. Aleksei Kmit</u>
      Case No. 21 Cr. 92 (JPO)

Dear Judge Oetkin:

  Aleksei Kmit is on pretrial release under conditions restricting his travel to his residence in Idaho and the SDNY. He requests that the Court modify his conditions of pretrial release to permit him to relocate with his family (mother, stepfather and sister) to South Dakota. If permitted, Mr. Kmit will leave on August 10, 2022, and arrive in South Dakota on August 12, 2022.

  Pretrial Services, by Officer Joel Osbourne (District of Idaho), and the Government, by AUSA Jonathan Rebold, consent.

  Thank you for the Court's consideration.

Granted.
So ordered.
7/26/2022

Respectfully submitted,

/s/ Stephen Turano

STEPHEN TURANO

J. PAUL OETKEN
United States District Judge