5AW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 594-5666<br>FAX (917) 594-5667 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (917) 594-5667 |

September 19, 2022

Hon. J Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

      Re:   <u>United States v. Aleksei Kmit</u>
              Case No. 21 Cr. 92 (JPO)

Dear Judge Oetkin:

    Aleksei Kmit is on pretrial release under conditions. In July, the Court modified his conditions of pretrial release to permit his relocation to relocate with his family (mother, stepfather and sister) to South Dakota.

    Mr. Kmit now requests permission to relocate to New York for trial preparation and to find employment. If permitted, his new address is 1955 East 7th Street, Apt D1, Brooklyn, New York, 11223. He will be staying in New York with his father.

    Pretrial Services and the Government consent.

    Thank you for the Court's consideration.

> Granted.
> So ordered.
> 9/19/2022

Respectfully submitted,

/s/ Stephen Turano

STEPHEN TURANO

_____
J. PAUL OETKEN
United States District Judge