ᴸAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35ᵀᴴ FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

January 11, 2023

Hon. J Paul Oetken
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
New York, NY 10007

      Re:    <u>United States v. Aleksei Kmit</u>
               Case No. 21 Cr. 92 (JPO)

Dear Judge Oetkin:

      On November 21, 2022, the Court deferred Aleksei Kmit's prosecution for three years. All travel restriction remained in effect. Mr. Kmit now requests permission to extend his travel to New Jersey. Probation and the Government "do not take any position."

      Thank you for the Court's consideration.

                                                  Respectfully submitted,

                                                  /s/ Stephen Turano

                                                  STEPHEN TURANO

cc:  Counsel for the Government (by ECF)

> Granted.
> Defendant's travel limitations are hereby extended to the District of New Jersey.
> So ordered.

1/11/2023

                                                  J. PAUL OETKEN
                                                  United States District Judge